# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146603(49)

HELEN YONO,
            Plaintiff-Appellee,

v                                                    SC: 146603
                                                     COA: 308968
                                                     Ct of Claims: 11-000117-MD
DEPARTMENT OF TRANSPORTATION,
            Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of amici curiae County of Macomb Department of Roads, the Road Commission for Oakland County, and Wayne County to extend the time to file a supplemental brief is GRANTED. The supplemental brief submitted on January 10, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2014



Clerk